In the Matter of Brian Hunt, Petitioner, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [42 NYS3d 884]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered April 19, 2016) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.